UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETT

CIVIL ACTION NO. 09-11841-GAO

AMNISURE INTERNATIONAL, LLC, and
N-DIA, INC.,
Plaintiffs and
Defendants-in-Counterclaim,

v.

ALL.DIAG, S.A.,
Defendant and
Plaintiff-in-Counterclaim.

ORDER
September 30, 2011

O'TOOLE, D.J.

After consideration of the parties' submissions, the plaintiffs' motion to compel (dkt. no. 45) is DENIED.  The plaintiffs have not sufficiently shown that Biosynex is under the "control" of All.Diag for purposes of the discovery rules.

The joint motion to amend the scheduling order (dkt. no. 63) is GRANTED, but the timetable suggested is not adopted. The timetable will be set at after discussion with the parties at a status conference to be held Monday, October 17, 2011, at 2:30 p.m. in Courtroom 9.

/s/ George A. O'Toole, Jr.
United States District Judge